UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE, <br> Plaintiff, <br> v. <br> ABELARDO GALVAN, <br> Defendant. | Case No. 19-cv-01525-EMC <br><br> **ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED** |

On February 13, 2020, Plaintiff and Plaintiff's counsel failed to appear for the hearing on Plaintiff's Motion for Default Judgment. Defendant appeared and presented information indicating that the ADA violation alleged in this action was cured soon after Defendant received notice of the suit. Defendant informed the Court that he had attempted to contact Plaintiff and Plaintiff's lawyers to discuss the case and potentially settle, but that he was not able to talk to Plaintiff or Plaintiff's counsel.

The Court **DENIED** the Motion for Default Judgment, **VACATED** the default, and advised Defendant to contact the Help Desk at the Oakland Courthouse. The Court set a status conference date for April 9, 2020 at 10:30am.

In addition, the Court issues an **ORDER TO SHOW CAUSE** why Plaintiff's claims should not be dismissed for failure to prosecute. Plaintiff shall file a written statement no later

than March 26, 2020 showing cause as to why the case should not be dismissed on those grounds. Failure to comply with this order will result in the case being dismissed for failure to prosecute.

**IT IS SO ORDERED**.

Dated: February 14, 2020

_____
EDWARD M. CHEN
United States District Judge