UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>  Plaintiff,<br><br>v.<br><br>ABELARDO GALVAN,<br><br>  Defendant. | Case No. 4:19-cv-01525-KAW<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 45 |

On April 23, 2021, the Clerk issued a notice vacating the case management conference scheduled for April 27, 2021, and the parties were ordered to comply with General Order No. 56. (Dkt. No. 45.) Since then, the parties have not filed any documents in this case.

Accordingly, on or before **January 20, 2022**, Plaintiff is ordered to show cause why the case should not be dismissed for failure to prosecute. Plaintiff shall address the status of the case and the extent to which the parties have complied with General Order No. 56. Alternatively, Plaintiff may file a voluntary dismissal.

IT IS SO ORDERED.

Dated: January 13, 2022

_____
KANDIS A. WESTMORE
United States Magistrate Judge