UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ABELARDO GALVAN,<br><br>　　　　　Defendant. | Case No. 4:19-cv-01525-KAW<br><br>**SECOND ORDER TO SHOW CAUSE; JOINT STATUS REPORT ORDER**<br><br>Re: Dkt. Nos. 50, 52 |

On April 23, 2021, the Clerk issued a notice vacating the case management conference scheduled for April 27, 2021, and the parties were ordered to comply with General Order No. 56. (Dkt. No. 45.) On January 13, 2022, the Court issued an order to show cause to Plaintiff why the case should not be dismissed for failure to prosecute. (Dkt. No. 46.) On February 8, 2022, the Court discharged the order to show cause, and ordered the parties to meet and confer by videoconference and file a joint status report addressing "the extent to which the parties have complied with General Order No. 56, and, if necessary, set forth a proposed scheduling order for completion of whatever requirements remain." (Dkt. No. 49 at 1-2.)

On February 18, 2022, the parties filed a joint status report explaining that they were nearing an agreement on a consent decree, but if they are unable to agree by March 1, 2022, defendant would provide dates for a joint site inspection by March 4, 2022. (Dkt. No. 50 at 2.) They did not provide any proposed dates for deadlines as required by the status report order.

On March 4, 2022, the parties were ordered to file a second joint status report on or before March 16, 2022. (Dkt. No. 52.) If the case did not settle, the parties were instructed to "propose hard deadlines for the remaining General Order No. 56 deadlines: the last day to hold the joint site inspection, the last day to meet and confer regarding settlement, and the last day to file notice for

1  need of mediation." *Id.* at 1.  The parties were also ordered to provide a proposed order for the
2  Court's approval. *Id.* at 1-2.
3      To date, the parties have not filed the second joint status report or any other documents in
4  this case.  Accordingly, on or before **April 22, 2022**, Plaintiff is ORDERED TO SHOW CAUSE
5  why the case should not be dismissed with prejudice for failure to prosecute.
6      Additionally, also by **April 22, 2022**, the parties shall file the second joint status report
7  containing all information set forth in the March 4, 2022 court order, including the proposed order.
8      This case was filed three years ago, so the failure to timely file both documents may result
9  in the case being dismissed <u>with prejudice</u> for failure to prosecute.  Alternatively, Plaintiff may
10 file a voluntary dismissal or notice of settlement.
11     IT IS SO ORDERED.
12 Dated: April 14, 2022

                                            KANDIS A. WESTMORE
                                            United States Magistrate Judge